```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                 :
                                                      :    23 Civ. 7363 (KPF)
PARETEUM CORPORATION,                                 :
                                                      :    Case No. 22-B-10615 (LGB)
                    Debtor.                           :
                                                      :
                                                      :         ORDER
------------------------------------------------------x
```

KATHERINE POLK FAILLA, District Judge:

      On August 21, 2023, this Court issued a Bankruptcy Appeal Scheduling Order setting forth the briefing schedule for the instant case (Dkt. #3). On August 23, 2023, Appellee filed both (i) an Opposition to Appellant's Request for Leave to File an Interlocutory Appeal from *Order Denying (1) Motion to Stay This Action or in the Alternative for an Interim Stay Extending the Deadline to Respond to the Complaint and (2) Defendant Edward O'Donnell's Motion to Stay This Action or in the Alternative for an Interim Stay Extending the Deadline to Respond to the Complaint* (Dkt. #5) and (ii) a Notice of Motion to Dismiss Appeal and accompanying Memorandum of Law (Dkt. #6).

      The Court reminds Appellee that, pursuant to the Court's Individual Rules of Practice in Civil Cases (available at https://nysd.uscourts.gov/hon-katherine-polk-failla), Rule 4.a, pre-motion submissions are required for motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, motions for sanctions, and motions concerning discovery. Accordingly, Appellee's recent filings were made in violation of the Court's Individual Rules. The Court directs Appellee, as previously indicated in the

Court's August 21, 2023 Scheduling Order (Dkt. #3), to review and comply with the Court's Individual Rules. However, after reviewing Appellee's filings, the Court will waive its Individual Rules with respect to just these two filings (Dkt. #5 and Dkt. #6) and allow them to remain on the docket, as the filings address issues antecedent to the Court's review of the Bankruptcy Appeal.

Accordingly, the Court WITHDRAWS its earlier Bankruptcy Appeal Scheduling Order (Dkt. #3). The Court ORDERS the parties to meet and confer regarding a proposed briefing schedule on Appellee's recent filings (Dkt. #5 and Dkt. #6) and to file a letter with the Court proposing such a briefing schedule on or before **September 1, 2023**.

SO ORDERED.

Dated: August 25, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge